**FILED**
**U.S. DISTRICT COURT**
**MIDDLE DISTRICT OF TENN.**

AUG 1 0 2016

BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | NO.  3:16-00162 |
| v. | ) | |
| | ) | 18 U.S.C. § 751(a) |
| JAMES C. McWHORTER | ) | |
| | ) | |

# INDICTMENT

## COUNT ONE

THE GRAND JURY CHARGES:

On or about September 7, 2015, in the Middle District of Tennessee, the defendant, JAMES C. McWHORTER, did knowingly escape from custody in Dierson Charities, a residential reentry center and institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the Middle District of Tennessee upon conviction for the commission of the following offenses: Conspiracy to Produce False Identification Documents and Produce Counterfeit Securities, in violation of Title 18 United States Code, Section 371; Production of False Identification Documents, in violation of Title 18 United States Code, Section 1028(a)(1); Possession with Intent to Use Five or More False Identification Documents, in violation of Title 18 United States Code, Section 1028(a)(3); Unlawful Possession of Document Making Implements, in violation of Title

1

18 United States Code, Section 1028(a)(5); and Aggravated Identity Theft, in violation of Title 18

United States Code, Section 1028A.

In violation of Title 18, United States Code, Section 751.


A TRUE BILL



FOREPERSON


DAVID RIVERA
UNITED STATES ATTORNEY


S. CARRAN DAUGHTREY
ASSISTANT UNITED STATES ATTORNEY

2