UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | NO. 3:16-cr-00162 |
| ) | MAGISTRATE JUDGE KNOWLES |
| JAMES C. McWHORTER ) | |

## MOTION FOR DETENTION

The United States of America, by and through S. Carran Daughtrey, Assistant United States Attorney for the Middle District of Tennessee, and pursuant to 18 U.S.C. § 3142, moves to have the defendant detained pending proceedings in this matter on the basis that no conditions, or combination of conditions, will reasonably assure his presence in court or the safety of the community. The government further moves for a continuance of three days in order to prepare for the detention hearing.

Respectfully submitted,

DAVID RIVERA
United States Attorney for the
Middle District of Tennessee

/s/ S. Carran Daughtrey
S. Carran Daughtrey
Assistant United States Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203-3870
Telephone: 615/736-5151

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on defense counsel, on this, the 2nd day of September, 2016.

/s/ S. Carran Daughtrey
S. Carran Daughtrey