

James C. Newhoter
#18549-075
Chicago MCC
71 West Van Buren St.
Chicago, IL 60605

United States District Court
800 U.S. Courthouse
Attn: Clerk of the Court
Nashville, TN 37203

RECEIVED
SEP 02 2016
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN.