**TENNYSON & WIGGINGTON**
ATTORNEYS AT LAW

BY ELECTRONIC MAIL

1801 West End Ave., Suite 801
Nashville, TN 37203

615 506 3108
615 268 8535

info@nashville-law.com
www.nashville-law.com

September 19, 2016

Michael Holley
Assistant Defender
michael_holley@fd.org

**Re: Job offer for James Christopher McWhorter (#18549-075)**

Dear Mr. Holley:

Pursuant to our conversation today and Mr. McWhorter's letter to our office dated September 12, 2016, we would be pleased to extend an offer of full-time employment to Mr. McWhorter as a paralegal at our Nashville office.

Compensation for the position would be $400 per week, paid either biweekly or monthly according to sentencing or other legal requirements imposed on Mr. McWhorter.

We would prefer Mr. McWhorter to start as soon as possible; however, we will keep the position open.

My partner and I are both informed regarding Mr. McWhorter's criminal background and current legal issues. Mr. McWhorter has worked with us in the past and we know he would be a good addition to our firm.

Please let me know if there are any documents or information needed from us to facilitate this offer of employment.

Sincerely:

*[signature]*

John Tennyson

EXHIBIT G