

Re: James Chris McWhorter
Alex F.
to:
michael_holley
12/02/2016 10:43 AM
Sent by:
stein919@gmail.com
Hide Details
From: "Alex F." <afriedmann@prisonlegalnews.org>
To: michael_holley@fd.org
Sent by: stein919@gmail.com
History: This message has been replied to.

Mr. Holley,

Thank you for speaking with me; this is to confirm that we are agreeable to having Mr. McWhorter perform community service work for the Human Rights Defense Center (HRDC), which is a 501(c)(3) non-profit organization. Such work would largely consist of Internet-based research on criminal justice-related issues for our monthly publication, among other related assignments.

--
Alex Friedmann
Managing Editor, PLN
www.prisonlegalnews.org
(615) 495-6568
(866) 735-7136 fax

*PLN is a project of the Human Rights Defense Center*

EXHIBIT H
Case 3:16-cr-00162   Document 21-8   Filed 12/09/16   Page 1 of 1 PageID #: 76
file:///C:/Users/holley/AppData/Local/Temp/notes5D3EFE/~web9248.htm                    12/2/2016