UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Motion GRANTED.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 3:16-cr-00162 |
| v. | ) JUDGE TRAUGER |
| | ) |
| JAMES C. MCWHORTER | ) |
| | ) |

## GOVERNMENT'S MOTION FOR LEAVE TO FILE LATE SENTENCING POSITION AND MEMORANDUM

The United States of America, by and through S. Carran Daughtrey, Assistant United States Attorney for the Middle District of Tennessee, hereby requests that this Court allow the United States to file late a Sentencing Position and Sentencing Memorandum in this case.

Respectfully submitted,

DAVID RIVERA
United States Attorney for the
Middle District of Tennessee

*/s/ S. Carran Daughtrey*
S. Carran Daughtrey
Assistant United States Attorney
A-961 U.S. Courthouse
110 Ninth Avenue South
Nashville, Tennessee 37203
Telephone: (615) 736-5151

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served electronically on Michael C. Holley, Assistant Federal Public Defender, attorney for defendant, on this, the 15th day of December, 2016.

*/s/ S. Carran Daughtrey*
S. Carran Daughtrey