**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

UNITED STATES OF AMERICA   )
             )
             )
v.             )   Criminal No. 3:16-00162
             )   Judge Trauger
JAMES C. MCWHORTER    )

# O R D E R

  It is hereby **ORDERED** that the United States Probation Office for the Middle District

of Tennessee is authorized to disclose to the Tennessee Supreme Court Board of Professional

Responsibility and to the law firm of Tennyson & Wigginton, PLLC, the portion of the

Presentence Investigation Report of James C. McWhorter relating to his educational background.

  On February 8, 2018, I instructed the Probation Office to alert the appropriate authorities

that Mr. McWhorter might be practicing law without a license and holding himself out to the

public as having a law degree when it was my information from his Presentence Investigation

Report that he had no J.D. degree.

  It is so **ORDERED**.

  ENTERED *nunc pro tunc* to February 8, 2018.

               _____
                ALETA A. TRAUGER
                U.S. District Judge